UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Bcm Enterprises, Inc. §     Case No. 13-01020
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

     Funds were disbursed in the following amounts:

     Payments made under an interim
     disbursement
     Administrative expenses
     Bank service fees
     Other payments to creditors
     Non-estate funds paid to 3rd Parties
     Exemptions paid to the debtor
     Other payments to the debtor

     Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $         [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/STEVEN R. RADTKE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---
[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 13-01020   Doc 26   Filed 03/03/14   Entered 03/03/14 09:25:25   Desc Main
Document   Page 3 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-01020   TAB | Judge: | Timothy A. Barnes |
| Case Name: | Bcm Enterprises, Inc. | | |
| For Period Ending: | 02/20/2014 | | |

| | |
|---|---|
| Trustee Name: | STEVEN R. RADTKE |
| Date Filed (f) or Converted (c): | 01/10/2013 (f) |
| 341(a) Meeting Date: | 03/04/2013 |
| Claims Bar Date: | 07/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Northbrook, Savings, Xxxxxx2019 | 0.00 | 0.00 | OA | 0.00 | FA |
| 2.  Northbrook Bank, Gator Warranty Account | 5.00 | 5.00 | OA | 0.00 | FA |
| 3.  Northbrook Bank, Checking, Xxxxxxx4087, Negative Balance | 0.00 | 0.00 | OA | 0.00 | FA |
| 4.  Security Deposit With Landlord, Subject To Offset | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 5.  1993 Ford Ranger | 500.00 | 500.00 | | 1,300.00 | FA |
| 6.  1998 Dodge Intrepid | 500.00 | 500.00 | | 1,400.00 | FA |
| 7.  5 Computers, 2 Printers, 3 Desks, Counter, Table & Chairs, 1 | 3,500.00 | 3,500.00 | | 378.00 | FA |
| 8.  Dynamometer Plus Accessories | 10,000.00 | 10,000.00 | | 6,134.00 | FA |
| 9.  Zoom Technology Valve Body Tester | 15,000.00 | 15,000.00 | | 2,750.00 | FA |
| 10.  Snap-On A/C Reclaiming Machine | 5,000.00 | 787.75 | | 0.00 | FA |
| 11.  Zoom Technology Solex 2000 Solenoid Tester | 2,500.00 | 2,500.00 | | 800.00 | FA |
| 12.  Ranger Parts Washer | 800.00 | 800.00 | | 500.00 | FA |
| 13.  Aztec Parts Washer | 2,500.00 | 2,500.00 | | 900.00 | FA |
| 14.  2 Solvent Tanks | 200.00 | 200.00 | | 65.00 | FA |
| 15.  Snap-On Solux Pro Diagnostic Scanner | 750.00 | 750.00 | | 1,700.00 | FA |
| 16.  Auto Boss Diagnostic | 750.00 | 750.00 | | 250.00 | FA |
| 17.  Gtec Transmission Cooler Line Flusher | 1,500.00 | 1,500.00 | | 350.00 | FA |
| 18.  Heavy Duty Press | 300.00 | 300.00 | | 125.00 | FA |
| 19.  3 Lifts | 3,000.00 | 3,000.00 | | 3,200.00 | FA |
| 20.  1 Lift Needing Repair | 500.00 | 500.00 | | 400.00 | FA |
| 21.  Misc Tools & Diagnostic Equipment | 4,000.00 | 2,907.69 | | 4,000.00 | FA |
| 22.  Large Migtig Welder | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 23.  Small Shop Welder | 300.00 | 300.00 | | 475.00 | FA |
| 24.  Misc Pallet Racking | 1,000.00 | 1,000.00 | | 300.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-01020 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |

Case Name: Bcm Enterprises, Inc.

Date Filed (f) or Converted (c): 01/10/2013 (f)

341(a) Meeting Date: 03/04/2013

For Period Ending: 02/20/2014

Claims Bar Date: 07/22/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Misc Small Shelving | 1,000.00 | 1,000.00 | | 625.00 | FA |
| 26. Valve Body Rebuilding Tools | 3,000.00 | 3,000.00 | | 1,640.00 | FA |
| 27. Misc Shop Equipment Including Jacks & Pressure Washers | 2,000.00 | 2,000.00 | | 1,830.00 | FA |
| 28. Misc Cores & Parts Inventory | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 29. Dacco Inventory On Consignment | 0.00 | 0.00 | | 0.00 | FA |
| 30. Stop Payment Refund (u) | 109.72 | 109.72 | | 109.72 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $65,714.72   $60,410.16   $33,231.72   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor was a transmission repair shop. Trustee employed auctioneer to conduct an auction sale of Debtor's automobiles, machinery, parts, equipment and all of its assets. Auction sale took place 4/17/13 and estate recovered $33,122.00 from proceeds of sale. The Trustee also recovered unscheduled amount of $109.00 from Debtor's bank account after payment on a check was stopped. Claims work remains.

Initial Projected Date of Final Report (TFR): 03/31/2015      Current Projected Date of Final Report (TFR): 03/31/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-01020 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: Bcm Enterprises, Inc. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5398 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8989 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/18/13 | 30 | ExpertPay<br>294 E. Campus View Boulevard<br>Columbus, OH 43235 | Stop Payment Refund | 1290-000 | $109.72 | | $109.72 |
| 04/26/13 | | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | Proceeds of Auction<br>Proceeds from auction sale of<br>Debtor's assets | | $33,122.00 | | $33,231.72 |
| | | | Gross Receipts                    $33,122.00 | | | | |
| | 5 | | 1993 Ford Ranger                     $1,300.00 | 1129-000 | | | |
| | 6 | | 1998 Dodge Intrepid                  $1,400.00 | 1129-000 | | | |
| | 7 | | 5 Computers, 2 Printers, 3<br>Desks, Counter, Table & Chairs,<br>1                                        $378.00 | 1129-000 | | | |
| | 8 | | Dynamometer Plus Accessories      $6,134.00 | 1129-000 | | | |
| | 9 | | Zoom Technology Valve Body<br>Tester                                  $2,750.00 | 1129-000 | | | |
| | 11 | | Zoom Technology Solex 2000<br>Solenoid Tester                         $800.00 | 1129-000 | | | |
| | 12 | | Ranger Parts Washer                   $500.00 | 1129-000 | | | |
| | 13 | | Aztec Parts Washer                    $900.00 | 1129-000 | | | |
| | 14 | | 2 Solvent Tanks                        $65.00 | 1129-000 | | | |
| | 15 | | Snap-On Solux Pro Diagnostic<br>Scanner                              $1,700.00 | 1129-000 | | | |
| | 16 | | Auto Boss Diagnostic                  $250.00 | 1129-000 | | | |
| | 17 | | Gtec Transmission Cooler Line<br>Flusher                                $350.00 | 1129-000 | | | |
| | 18 | | Heavy Duty Press                      $125.00 | 1129-000 | | | |
| | 19 | | 3 Lifts                              $3,200.00 | 1129-000 | | | |
| | 20 | | 1 Lift Needing Repair                 $400.00 | 1129-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:                                                    $33,231.72          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-01020 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: Bcm Enterprises, Inc. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5398 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8989 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 21 | | Misc Tools & Diagnostic Equipment | $4,000.00 | 1129-000 | | | |
| | 22 | | Large Migtig Welder | $1,000.00 | 1129-000 | | | |
| | 23 | | Small Shop Welder | $475.00 | 1129-000 | | | |
| | 24 | | Misc Pallet Racking | $300.00 | 1129-000 | | | |
| | 25 | | Misc Small Shelving | $625.00 | 1129-000 | | | |
| | 26 | | Valve Body Rebuilding Tools | $1,640.00 | 1129-000 | | | |
| | 27 | | Misc Shop Equipment Including Jacks & Pressure Washers | $1,830.00 | 1129-000 | | | |
| | 28 | | Misc Cores & Parts Inventory | $3,000.00 | 1129-000 | | | |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $33,221.72 |
| 05/20/13 | 1001 | Donald Dodge and American Auction Associates, Inc. American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL 60455 | Auctioneer Expenses per order of Court 5/14/13 | | 3620-000 | | $5,050.69 | $28,171.03 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $46.96 | $28,124.07 |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $40.47 | $28,083.60 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $41.75 | $28,041.85 |

| | | |
|---|---|---|
| COLUMN TOTALS | $33,231.72 | $5,189.87 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,231.72 | $5,189.87 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $5,189.87 |

Less: Payments to Debtors                    $0.00              $0.00
Net                                        $33,231.72         $5,189.87

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5398 - Checking | $33,231.72 | $5,189.87 | $28,041.85 |
|  | $33,231.72 | $5,189.87 | $28,041.85 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $33,231.72 |
| Total Gross Receipts: | $33,231.72 |

Page Subtotals:                                   $0.00          $0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-01020
Case Name: Bcm Enterprises, Inc.
Trustee Name: STEVEN R. RADTKE

Balance on hand                                         $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Internal Revenue Service | $ | $ | $ | $ |

Total to be paid to secured creditors                   $_____

Remaining Balance                                       $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance                                       $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept. Of Employment Security | $ | $ | $ |
| 3 | Internal Revenue Service | $ | $ | $ |
| 5 | Abel Dirzo | $ | $ | $ |
| 6 | Francisco Reyes | $ | $ | $ |
| 7 | Arturo Fuentes | $ | $ | $ |
| 8 | Illinois Department Of Revenue | $ | $ | $ |
| 14 | Earnest Vickers | $ | $ | $ |
| 15 | David Santana | $ | $ | $ |
| 16 | Omar Andino | $ | $ | $ |

Total to be paid to priority creditors                                    $_____

Remaining Balance                                                         $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Humana, Inc | $ | $ | $ |
| 4 | Illinois Bell Telephone Company | $ | $ | $ |
| 9 | Samuel R. Baker Ltd, CPA | $ | $ | $ |
| 10 | Parent Petroleum Inc | $ | $ | $ |
| 11 | Napa Auto Parts-Wheeling | $ | $ | $ |
| 12 | Fsb American Express Bank | $ | $ | $ |
| 13 | Nicor Gas | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE