# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
Bcm Enterprises, Inc. § Case No. 13-01020
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

  10:30 a.m. on April 2, 2014
  in Courtroom 613, U.S. Courthouse
  219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____Kenneth S. Gardner_____
                                                Clerk of the Bankruptcy Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Bcm Enterprises, Inc. §  Case No. 13-01020
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 33,231.72 |
| and approved disbursements of | $ | 5,189.87 |
| leaving a balance on hand of[1] | $ | 28,041.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Internal Revenue Service | $ 35,330.98 | $ 35,330.98 | $ 0.00 | $ 16,522.32 |

Total to be paid to secured creditors  $ 16,522.32
Remaining Balance  $ 11,519.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 4,073.17 | $ 0.00 | $ 4,073.17 |
| Trustee Expenses: STEVEN R. RADTKE | $ 6.36 | $ 0.00 | $ 6.36 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 5,362.50 | $ 0.00 | $ 5,362.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 362.50 | $ 0.00 | $ 362.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,715.00 | $ 0.00 | $ 1,715.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,519.53 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 33,219.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept. Of Employment Security | $ 17,366.45 | $ 0.00 | $ 0.00 |
| 3 | Internal Revenue Service | $ 6,636.63 | $ 0.00 | $ 0.00 |
| 5 | Abel Dirzo | $ 1,400.00 | $ 0.00 | $ 0.00 |
| 6 | Francisco Reyes | $ 1,644.00 | $ 0.00 | $ 0.00 |
| 7 | Arturo Fuentes | $ 1,760.00 | $ 0.00 | $ 0.00 |
| 8 | Illinois Department Of Revenue | $ 3,353.00 | $ 0.00 | $ 0.00 |
| 14 | Earnest Vickers | $ 392.05 | $ 0.00 | $ 0.00 |
| 15 | David Santana | $ 72.20 | $ 0.00 | $ 0.00 |
| 16 | Omar Andino | $ 595.03 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,069.40  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Humana, Inc | $ 682.05 | $ 0.00 | $ 0.00 |
| 4 | Illinois Bell Telephone Company | $ 2,289.31 | $ 0.00 | $ 0.00 |
| 9 | Samuel R. Baker Ltd, CPA | $ 3,112.50 | $ 0.00 | $ 0.00 |
| 10 | Parent Petroleum Inc | $ 2,723.64 | $ 0.00 | $ 0.00 |
| 11 | Napa Auto Parts-Wheeling | $ 2,315.96 | $ 0.00 | $ 0.00 |
| 12 | Fsb American Express Bank | $ 8,754.90 | $ 0.00 | $ 0.00 |
| 13 | Nicor Gas | $ 191.04 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 13-01020-TAB
BCM Enterprises, Inc.                                          Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal               Page 1 of 2                  Date Rcvd: Mar 10, 2014
                              Form ID: pdf006              Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2014.
db           +BCM Enterprises, Inc.,    100 McHenry Road,    Wheeling, IL 60090-3203
20465205     +Abel Dirzo,   5 Park Side Court,    Apt 14,   Vernon Hills, IL 60061-1172
19903944      Airgas,   1601 Nicholas Blvd,    Elk Grove Village, IL 60007-5614
19903945      American Express,    Box 0001,   Los Angeles, CA 90096-8000
20712498      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19903946     +American Welding & Gas,    300 East Sumac Road,    Wheeling, IL 60090-6339
19903947     +Angies List,   1030 East Washington Street,    Indianapolis, IN 46202-3902
19903948     +Arturo Fuentes,    1615 N. Pleasant Drive,    Round Lake Beach, IL 60073-1828
19903949      Capital One,   P. O. Box 85167,    Richmond, VA 23285-5167
19903950      Capital One,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
19903951     +Car Quest,   133 Wheeling Road,    Wheeling, IL 60090-4807
19903953     +Custom,   P.O. Box 3270,   Northlake, IL 60164-8270
19903954     +Custom Global Logistics,    P.O. Box 3330,    Northlake, IL 60164-8330
19903956     +David Santana,    843F McHenry Road,    Wheeling, IL 60090-9202
19903957     +Dex,   P.O. Box 9001401,   Louisville, KY 40290-1401
19903958    #+Distant Horizon,    15327 W. 143rd Street,    Homer Glen, IL 60491-7868
19903959     +Dynamic Manufacturing,    4501 North Avenue,    Melrose Park, IL 60160-1026
19903960     +Earnest Vickers,    653 Swan Drive,   Apt. 2A,   Grayslake, IL 60030-3300
19903961      Employers Compensation Insurance Co,    13890 Bishops Drive,   Suite 210,
               Brookfield, WI 53005-6609
20465206     +Francisco Reyes,    416 Oak Dale Ave,   Mundelein, IL 60060-3911
19903962     +Frank Reyes,   416 Oakdale Ave,    Mundelein, IL 60060-3911
19903963      GM Business Card,    Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
19903966     +Heidner Property Management Company,    399 Wall Street,    Unit H,
               Glendale Heights, IL 60139-1987
19903967      Humana Insurance Co.,    P.O. Box 533,    Carol Stream, IL 60132-0533
20337805     +Humana, Inc,   c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
19903968      IL Secretary of State,    3701 Winchester Road,   Springfield, IL 62707-9700
20488256      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
19903969      Illinois Department of Revenue,    P.O. Box 19447,    Springfield, IL 62794-9447
19903970      Illinois Dept of Employment Securit,    P.O. Box 80341,    Chicago, IL 60680-3412
20182667     +Illinois Dept. of Employment Security,    33 S State St. 10th Flr Bankruptcy Unit,
               Chicago, Illinois 60603-2808
19903971      Illinois Dept. of Revenue,    P. O. Box 19026,   Springfield, IL 62794-9026
19903974     +Interstate Batteries,    1160 Flex Ct.,    Lake Zurich, IL 60047-1578
19903975     +Jose Bautista,   1010 N. Sterling Avenue,    #219,   Palatine, IL 60067-1985
19903976    #+Joseph Rubin,   208 Trailwood Court,    Northbrook, IL 60062-1027
19903977     +Lechner & Sons,    420 Kingston Ct.,    Mount Prospect, IL 60056-6068
19903978      Liturgical Publications, Inc.,    P.o. Box 510817,    New Berlin, WI 53151-0817
19961868     +Malcolm Finke,    3480 Lake Knoll Drive,    Northbrook, IL 60062-6318
19903979     +Marlin Leasing,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
19903980    #+Melaine Rubin,   208 Trailwood Court,    Northbrook, IL 60062-1027
19903981     +Money Mailer,    62 Oak Ridge Lane,   Deer Park, IL 60010-3642
19903982     +Napa Auto Parts-Wheeling,    82 East Dundee Road,    Wheeling, IL 60090-3060
19903983      Nicor Gas,   P. O. Box 5407,    Carol Stream, IL 60197-5407
19903984      Nicor Gas,   P. O. Box 0632,    Carol Stream, IL 60197-5407
19903985      O'Reilly Auto Parts,    P.O. Box 9464,   Springfield, MO 65801-9464
19903986     +Omar Andino,   2625 N. Butrick,    Waukegan, IL 60087-3032
19903987     +Parent Petroleum,    37 W 370 Route 38,   Saint Charles, IL 60175-1500
20567177     +Parent Petroleum Inc,    Attn Credit Manager,    3340 West Main Street,   St Charles, IL 60175-1011
19903988     +Pretzel & Stouffer, Chtd,    1 South Wacker Drive,    Suite 2500,   Chicago, IL 60606-4638
19903989     +Professional Transmission Parts,    1090 Bryn Mawr Avenue,    Bensenville, IL 60106-1245
19903990      Progressive Insurance,    P.O. Box 105428,    Atlanta, GA 30348-5428
19903992    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court: Snap On Credit,     950 Technology Way,    Suite 301,
               Libertyville, IL 60048)
19903991     +Samuel R. Baker LTD CPA,    318 W. Half Day Road,    Suite 288,   Buffalo Grove, IL 60089-6547
19903993      The Alarm Guyz, Inc.,    P.O. Box 1192,   Elk Grove Village, IL 60009-1192
19903994     +Torque Converter Technology,    100 E. North Avenue,    Suite C,   Villa Park, IL 60181-1247
19903995     +Transtar,   7350 Young Drive,    Cleveland, OH 44146-5390
19903996      Traveler's Insurance,    P.O. Box 660317,    Dallas, TX 75266-0317
19903997     +Valpak of Chicagoland,    12 Salt Creek Drive,    Suite 325,   Hinsdale, IL 60521-3783
19903998      Verizon Wireless,    PO Box 25505,   Lehigh Valley, PA 18002-5505
19903999      +Whatever It Takes Transmission Part,    P.O. Box 547,    Hillview, KY 40129-0547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19903940        E-mail/Text: g17768@att.com Mar 11 2014 01:29:34     A T & T,   P.O. Box 5017,
                Carol Stream, IL 60197-5017
19903941        E-mail/Text: g17768@att.com Mar 11 2014 01:29:35     A T & T,   P.O. Box 5080,
                Carol Stream, IL 60197-5080
19903943        E-mail/Text: bkr@cardworks.com Mar 11 2014 01:29:18     Advanta Credit Cards,   P.O. Box 31032,
                Tampa, FL 33631-3032
```

```
District/off: 0752-1           User: corrinal              Page 2 of 2                  Date Rcvd: Mar 10, 2014
                               Form ID: pdf006             Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19903952       E-mail/Text: legalcollections@comed.com Mar 11 2014 01:36:53      ComEd,   P. O. Box 6111,
                 Carol Stream, IL 60197-6111
19903955      +E-mail/Text: kwilkins@daccoinc.com Mar 11 2014 01:36:34      Dacco, Inc.,   P.O. Box 2789,
                 Cookeville, TN 38502-2789
19903965      +E-mail/Text: scd_bankruptcynotices@grainger.com Mar 11 2014 01:30:26      Grainger,
                 1200 S. Wolf Road,   Wheeling, IL 60090-6442
19903973       E-mail/Text: cio.bncmail@irs.gov Mar 11 2014 01:29:51      Internal Revenue Service,
                 Dept. of the Treasury,   Cincinnati, OH 45999-0030
20456222      +E-mail/Text: g17768@att.com Mar 11 2014 01:29:35      Illinois Bell Telephone Company,
                 % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A231,
                 Bedminster, NJ 07921-2693
19903972       E-mail/Text: cio.bncmail@irs.gov Mar 11 2014 01:29:50      Internal Revenue Service,
                 Dept of the Treasury,   PO Box 7346,   Philadelphia, PA 19101-7346
20740312      +E-mail/Text: bankrup@aglresources.com Mar 11 2014 01:29:26      Nicor Gas,   Po box 549,
                 Aurora Il 60507-0549
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19903964        Google
19903942      ##+Abel Dirzo,   224 N. Southport,   Mundelein, IL 60060-4574
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2014 at the address(es) listed below:
              Joel A Schechter, ESQ   on behalf of Debtor    BCM Enterprises, Inc. joelschechter@covad.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Debtor    BCM Enterprises, Inc. sradtke@chillchillradtke.com
              Steven R Radtke    on behalf of Auctioneer Dodge   Donald sradtke@chillchillradtke.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com
                                                                                             TOTAL: 6
```