# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
Bcm Enterprises, Inc.                     §         Case No. 13-01020
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter   on           .  The case was pending for    months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/STEVEN R. RADTKE _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marlin Leasing 300 Fellowship Road Mount Laurel, NJ 08054 | | | | | |
| | Snap On Credit 950 Technology Way Suite 301 Libertyville, IL 60048 | | | | | |
| 3 | Internal Revenue Service | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Popowcer Katten Ltd. | | | | | |
| Donald Dodge and American Auction Associates, Inc. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abel Dirzo 224 N. Southport Mundelein, IL 60060 | | | | | |
| | Arturo Fuentes 1615 N. Pleasant Drive Round Lake, IL 60073 | | | | | |
| | David Santana 843F McHenry Road Wheeling, IL 60090 | | | | | |
| | Earnest Vickers 653 Swan Drive Apt. 2A Grayslake, IL 60030 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frank Reyes 416 Oakdale Ave Mundelein, IL 60060 | | | | | |
| | Illinois Department of Revenue P.O. Box 19447 Springfield, IL 62794-9447 | | | | | |
| | Illinois Dept of Employment Securit P.O. Box 80341 Chicago, IL 60680-3412 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126,M/S N781 Philadelphia, PA 19114 | | | | | |
| | Joseph Rubin 208 Trailwood Court Northbrook, IL 60062 | | | | | |
| | Melaine Rubin 208 Trailwood Court Northbrook, IL 60062 | | | | | |
| | Omar Andino 2625 N. Butrick Waukegan, IL 60087 | | | | | |
| 5 | Abel Dirzo | | | | | |
| 7 | Arturo Fuentes | | | | | |
| 15 | David Santana | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Earnest Vickers | | | | | |
| 6 | Francisco Reyes | | | | | |
| 8 | Illinois Department Of Revenue | | | | | |
| 1 | Illinois Dept. Of Employment Security | | | | | |
| 3 | Internal Revenue Service | | | | | |
| 16 | Omar Andino | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A T & T P.O. Box 5017 Carol Stream, IL 60197-5017 | | | | | |
| | A T & T P.O. Box 5080 Carol Stream, IL 60197-5080 | | | | | |
| | Advanta Credit Cards P.O. Box 31032 Tampa, FL 33631-3032 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Airgas 1601 Nicholas Blvd Elk Grove Village, IL 60007-5614 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | American Welding & Gas 300 East Sumac Road Wheeling, IL 60090 | | | | | |
| | Angies List 1030 East Washington Street Indianapolis, IN 46202 | | | | | |
| | Capital One P. O. Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Car Quest 133 Wheeling Road Wheeling, IL 60090 | | | | | |
| | ComEd P. O. Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | ComEd P. O. Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Custom Global Logistics P.O. Box 3330 Northlake, IL 60164-3330 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Custom P.O. Box 3270 Northlake, IL 60164-3270 | | | | | |
| | Dacco, Inc. P.O. Box 2789 Cookeville, TN 38502 | | | | | |
| | Dex P.O. Box 9001401 Louisville, KY 40290 | | | | | |
| | Distant Horizon 15327 W. 143rd Street Homer Glen, IL 60491 | | | | | |
| | Dynamic Manufacturing 4501 North Avenue Melrose Park, IL 60160 | | | | | |
| | Employers Compensation Insurance Co 13890 Bishops Drive Suite 210 Brookfield, WI 53005-6609 | | | | | |
| | GM Business Card Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Google | | | | | |
| | Grainger 1200 S. Wolf Road Wheeling, IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heidner Property Management Company 399 Wall Street Unit H Glendale Heights, IL 60139 | | | | | |
| | Humana Insurance Co. P.O. Box 533 Carol Stream, IL 60132-0533 | | | | | |
| | IL Secretary of State 3701 Winchester Road Springfield, IL 62707-9700 | | | | | |
| | Interstate Batteries 1160 Flex Ct. Lake Zurich, IL 60047 | | | | | |
| | Jose Bautista 1010 N. Sterling Avenue #219 Palatine, IL 60067 | | | | | |
| | Lechner & Sons 420 Kingston Ct. Mount Prospect, IL 60056 | | | | | |
| | Liturgical Publications, Inc. P.o. Box 510817 New Berlin, WI 53151-0817 | | | | | |
| | Malcolm Finke 3480 Lake Knoll Drive Northbrook, IL 60062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Money Mailer 62 Oak Ridge Lane Deer Park, IL 60010 | | | | | |
| | Napa Auto Parts 82 East Dundee Road Wheeling, IL 60090 | | | | | |
| | Nicor Gas P. O. Box 0632 Carol Stream, IL 60197-5407 | | | | | |
| | Nicor Gas P. O. Box 5407 Carol Stream, IL 60197-5407 | | | | | |
| | O'Reilly Auto Parts P.O. Box 9464 Springfield, MO 65801-9464 | | | | | |
| | Parent Petroleum 37 W 370 Route 38 Saint Charles, IL 60175 | | | | | |
| | Pretzel & Stouffer, Chtd 1 South Wacker Drive Suite 2500 Chicago, IL 60606 | | | | | |
| | Professional Transmission Parts 1090 Bryn Mawr Avenue Bensenville, IL 60106 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Progressive Insurance P.O. Box 105428 Atlanta, GA 30348-5428 | | | | | |
| | Samuel R. Baker 318 W. Half Day Road Suite 288 Buffalo Grove, IL 60089 | | | | | |
| | The Alarm Guyz, Inc. P.O. Box 1192 Elk Grove Village, IL 60009-1192 | | | | | |
| | Torque Converter Technology 100 E. North Avenue Suite C Villa Park, IL 60161 | | | | | |
| | Transtar 7350 Young Drive Cleveland, OH 44146 | | | | | |
| | Traveler's Insurance P.O. Box 660317 Dallas, TX 75266-0317 | | | | | |
| | Valpak of Chicagoland 12 Salt Creek Drive Suite 325 Hinsdale, IL 60521 | | | | | |
| | Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |
| | Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |
| | Whatever It Takes Transmission Part P.O. Box 547 Hillview, KY 40129 | | | | | |
| 12 | Fsb American Express Bank | | | | | |
| 2 | Humana, Inc | | | | | |
| 4 | Illinois Bell Telephone Company | | | | | |
| 11 | Napa Auto Parts-Wheeling | | | | | |
| 13 | Nicor Gas | | | | | |
| 10 | Parent Petroleum Inc | | | | | |
| 9 | Samuel R. Baker Ltd, CPA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 13-01020 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Bcm Enterprises, Inc. | | | | Date Filed (f) or Converted (c): | 01/10/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2013 |
| For Period Ending: | 05/12/2014 | | | | Claims Bar Date: | 07/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Northbrook, Savings, Xxxxxx2019 | 0.00 | 0.00 | OA | 0.00 | FA |
| 2.  Northbrook Bank, Gator Warranty Account | 5.00 | 5.00 | OA | 0.00 | FA |
| 3.  Northbrook Bank, Checking, Xxxxxxx4087, Negative Balance | 0.00 | 0.00 | OA | 0.00 | FA |
| 4.  Security Deposit With Landlord, Subject To Offset | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 5.  1993 Ford Ranger | 500.00 | 500.00 | | 1,300.00 | FA |
| 6.  1998 Dodge Intrepid | 500.00 | 500.00 | | 1,400.00 | FA |
| 7.  5 Computers, 2 Printers, 3 Desks, Counter, Table & Chairs, 1 | 3,500.00 | 3,500.00 | | 378.00 | FA |
| 8.  Dynamometer Plus Accessories | 10,000.00 | 10,000.00 | | 6,134.00 | FA |
| 9.  Zoom Technology Valve Body Tester | 15,000.00 | 15,000.00 | | 2,750.00 | FA |
| 10.  Snap-On A/C Reclaiming Machine | 5,000.00 | 787.75 | | 0.00 | FA |
| 11.  Zoom Technology Solex 2000 Solenoid Tester | 2,500.00 | 2,500.00 | | 800.00 | FA |
| 12.  Ranger Parts Washer | 800.00 | 800.00 | | 500.00 | FA |
| 13.  Aztec Parts Washer | 2,500.00 | 2,500.00 | | 900.00 | FA |
| 14.  2 Solvent Tanks | 200.00 | 200.00 | | 65.00 | FA |
| 15.  Snap-On Solux Pro Diagnostic Scanner | 750.00 | 750.00 | | 1,700.00 | FA |
| 16.  Auto Boss Diagnostic | 750.00 | 750.00 | | 250.00 | FA |
| 17.  Gtec Transmission Cooler Line Flusher | 1,500.00 | 1,500.00 | | 350.00 | FA |
| 18.  Heavy Duty Press | 300.00 | 300.00 | | 125.00 | FA |
| 19.  3 Lifts | 3,000.00 | 3,000.00 | | 3,200.00 | FA |
| 20.  1 Lift Needing Repair | 500.00 | 500.00 | | 400.00 | FA |
| 21.  Misc Tools & Diagnostic Equipment | 4,000.00 | 2,907.69 | | 4,000.00 | FA |
| 22.  Large Migtig Welder | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 23.  Small Shop Welder | 300.00 | 300.00 | | 475.00 | FA |
| 24.  Misc Pallet Racking | 1,000.00 | 1,000.00 | | 300.00 | FA |

Page: 2

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 13-01020 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Bcm Enterprises, Inc. | | | | Date Filed (f) or Converted (c): | 01/10/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2013 |
| For Period Ending: | 05/12/2014 | | | | Claims Bar Date: | 07/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  Misc Small Shelving | 1,000.00 | 1,000.00 | | 625.00 | FA |
| 26.  Valve Body Rebuilding Tools | 3,000.00 | 3,000.00 | | 1,640.00 | FA |
| 27.  Misc Shop Equipment Including Jacks & Pressure Washers | 2,000.00 | 2,000.00 | | 1,830.00 | FA |
| 28.  Misc Cores & Parts Inventory | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 29.  Dacco Inventory On Consignment | 0.00 | 0.00 | | 0.00 | FA |
| 30.  Stop Payment Refund (u) | 109.72 | 109.72 | | 109.72 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $65,714.72 | $60,410.16 | | $33,231.72 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor was a transmission repair shop.  Trustee employed auctioneer to conduct an auction sale of Debtor's automobiles, machinery, parts, equipment and all of its assets.
Auction sale took place 4/17/13 and estate recovered $33,122.00 from proceeds of sale. The Trustee also recovered unscheduled amount of $109.00 from Debtor's bank
account after payment on a check was stopped.  Claims work remains. TFR approved; checks sent out; waiting for same to clear

Initial Projected Date of Final Report (TFR): 03/31/2015       Current Projected Date of Final Report (TFR): 03/31/2015

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-01020 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Bcm Enterprises, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5398 |
| | Checking |
| Taxpayer ID No: XX-XXX8989 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/12/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/18/13 | 30 | ExpertPay 294 E. Campus View Boulevard Columbus, OH 43235 | Stop Payment Refund | 1290-000 | $109.72 | | $109.72 |
| 04/26/13 | | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | Proceeds of Auction Proceeds from auction sale of Debtor's assets | | $33,122.00 | | $33,231.72 |
| | | | Gross Receipts $33,122.00 | | | | |
| | 5 | | 1993 Ford Ranger $1,300.00 | 1129-000 | | | |
| | 6 | | 1998 Dodge Intrepid $1,400.00 | 1129-000 | | | |
| | 7 | | 5 Computers, 2 Printers, 3 Desks, Counter, Table & Chairs, 1 $378.00 | 1129-000 | | | |
| | 8 | | Dynamometer Plus Accessories $6,134.00 | 1129-000 | | | |
| | 9 | | Zoom Technology Valve Body Tester $2,750.00 | 1129-000 | | | |
| | 11 | | Zoom Technology Solex 2000 Solenoid Tester $800.00 | 1129-000 | | | |
| | 12 | | Ranger Parts Washer $500.00 | 1129-000 | | | |
| | 13 | | Aztec Parts Washer $900.00 | 1129-000 | | | |
| | 14 | | 2 Solvent Tanks $65.00 | 1129-000 | | | |
| | 15 | | Snap-On Solux Pro Diagnostic Scanner $1,700.00 | 1129-000 | | | |
| | 16 | | Auto Boss Diagnostic $250.00 | 1129-000 | | | |
| | 17 | | Gtec Transmission Cooler Line Flusher $350.00 | 1129-000 | | | |
| | 18 | | Heavy Duty Press $125.00 | 1129-000 | | | |
| | 19 | | 3 Lifts $3,200.00 | 1129-000 | | | |
| | 20 | | 1 Lift Needing Repair $400.00 | 1129-000 | | | |

| | | | |
|---|---|---|---|
| UST Form 101-7-TDR (5/1/2011) (Page: 17) | Page Subtotals: | $33,231.72 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-01020 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Bcm Enterprises, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5398 |
| | Checking |
| Taxpayer ID No: XX-XXX8989 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/12/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 21 | | Misc Tools & Diagnostic Equipment | $4,000.00 | 1129-000 | | | |
| | 22 | | Large Migtig Welder | $1,000.00 | 1129-000 | | | |
| | 23 | | Small Shop Welder | $475.00 | 1129-000 | | | |
| | 24 | | Misc Pallet Racking | $300.00 | 1129-000 | | | |
| | 25 | | Misc Small Shelving | $625.00 | 1129-000 | | | |
| | 26 | | Valve Body Rebuilding Tools | $1,640.00 | 1129-000 | | | |
| | 27 | | Misc Shop Equipment Including Jacks & Pressure Washers | $1,830.00 | 1129-000 | | | |
| | 28 | | Misc Cores & Parts Inventory | $3,000.00 | 1129-000 | | | |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $33,221.72 |
| 05/20/13 | 1001 | Donald Dodge and American Auction Associates, Inc. American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL 60455 | Auctioneer Expenses per order of Court 5/14/13 | 3620-000 | | $5,050.69 | $28,171.03 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.96 | $28,124.07 |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.47 | $28,083.60 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.75 | $28,041.85 |

Page Subtotals:                                                           $0.00          $5,189.87

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-01020 | Trustee Name: STEVEN R. RADTKE | Exhibit 9 |
| Case Name: Bcm Enterprises, Inc. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5398 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8989 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/12/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/14 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,073.17 | $23,968.68 |
| 04/03/14 | 1003 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $6.36 | $23,962.32 |
| 04/03/14 | 1004 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $5,362.50 | $18,599.82 |
| 04/03/14 | 1005 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $362.50 | $18,237.32 |
| 04/03/14 | 1006 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,715.00 | $16,522.32 |
| 04/03/14 | 1007 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126,M/S N781 Philadelphia, Pa 19114 | Final distribution to claim 3 representing a payment of 46.76 % per court order. | 4110-000 | | $16,522.32 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $33,231.72 | $33,231.72 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | | |
| Page Subtotals: | $0.00 | $28,041.85 |

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

|  | | |
|---|---:|---:|
| Subtotal | $33,231.72 | $33,231.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $33,231.72 | $33,231.72 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5398 - Checking | $33,231.72 | $33,231.72 | $0.00 |
| | $33,231.72 | $33,231.72 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $33,231.72 |
| Total Gross Receipts: | $33,231.72 |

Page Subtotals:                    $0.00        $0.00